DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 011P13 | Sir Walter Apartments v. John D. Johnson III | 1. Def's *Pro Se* Motion for Temporary Stay (COAP13-18) | 1. Denied **1/9/13** |
| | | 2. Def's *Pro Se* Petition for *Writ of Supersedeas* | 2. Denied **1/9/13** |
| 017P13 | State v. Ca'sey R. Tyler | Def's *Pro Se* Motion for PDR (COAP12-984) | Dismissed |
| 018P13 | Mitchell Dean Joines v. Alexander County Courthouse | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 029A13 | Richard M. Johnston v. State of North Carolina | 1. State's Motion for Temporary Stay (COA12-45) | 1. Allowed **01/17/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's NOA Bases Upon a Dissent | 3. |
| | | 4. State's PDR as to Additional Issues | 4. |
| | | | **Beasley, J., Recused** |
| 030P13 | State v. Brandi Lea Grainger | 1. State's Motion for Temporary Stay (COA12-444) | 1. Allowed **1/18/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | | **Beasley, J., Recused** |
| 040P13 | In the Matter of: L.M.T., A.M.T. | 1. Petitioners' (Cumberland County DSS; Guardian ad Litem) Motion for Temporary Stay (COA12-743) | 1. Allowed **01/22/13** |
| | | 2. Petitioners' (Cumberland County DSS; Guardian ad Litem) Petition for Writ of Supersedeas | 2. |
| | | 3. Petitioners' (Cumberland County DSS; Guardian ad Litem) PDR Under N.C.G.S. § 7A-31 | 3. |
| 047P02-15 | State v. George W. Baldwin | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Alamance County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |